UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:22-cv-1035-MMH-LLL

JASON HEALEY, and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

v.

MARK ALLEN,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, **JASON HEALEY** ("Plaintiff"), by and through undersigned counsel, hereby files the following Certificate of Interested Parties:

**I.** The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    **A.** Plaintiff

    **B.** Counsel for Plaintiff, USA EMPLOYMENT LAWYERS - JORDAN RICHARDS PLLC

    **C.** Counsel for Plaintiff, JORDAN RICHARDS, ESQUIRE

      **D.** Counsel for Plaintiff, JAKE BLUMSTEIN, ESQUIRE

      **E.** Defendant, MARK ALLEN

**II.** The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the proceedings:

      **A.** None.

**III.** The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

      **A.** None.

**IV.** The name of each victim, including every person who may be entitled to restitution.

      **A.** Plaintiff JASON HEALEY

      **B.** Opt-in Plaintiffs

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), I hereby certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing if I learn of a conflict.

**Date: September 23, 2022**

                                              Respectfully Submitted,

**USA EMPLOYMENT LAWYERS-
JORDAN RICHARDS, PLLC**
1800 SE. 10th Ave. Suite 205
Fort Lauderdale, Florida 33316
Ph: (954) 871-0050
*Counsel for Plaintiff*

By: /s/ *Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746
Jordan@jordanrichardspllc.com
Jake@jordanrichardspllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on September 23, 2022.

By: /s/ *Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST:

**Defense Counsel Has Not Appeared to Date**