# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JASON HEALEY, and all others similarly situated under 29 U.S.C. § 261 (B),

        Plaintiff,

v.

        Case No.: 3:22-cv-01035-BJD-LLL

MARK ALLEN,

        Defendant.

_____

## JOINT NOTICE OF SETTLEMENT

Defendant, Mark Allen ("Defendant"), and Plaintiff, Jason Healey ("Plaintiff," together with Defendant, the "Parties"), hereby file this Joint Notice of Settlement, to notify the Court that the Parties have reached a settlement of Plaintiff's claims, including those of each opt-in plaintiff, against Defendant.[1] Counsel for Plaintiff and counsel for Defendant are in the process of completing the terms of such settlement which will result in the filing of a no compromise joint stipulation of dismissal with prejudice.

Dated: June 12, 2023.

| | |
|---|---|
| _/s/ Jordan Richards_ | _/s/ C. H. Houston, III_ |
| JORDAN RICHARDS, ESQ. | Alison H. Sausaman |
| Florida Bar No. 108372 | Florida Bar No. 112552 |
| USA EMPLOYMENT LAWYERS – JORDAN RICHARDS PLLC | C. H. Houston, III, Lead Counsel |
| | Florida Bar No. 100268 |
| 1800 SE 10th Ave. Suite 205 | CARR ALLISON |
| Fort Lauderdale, Florida 33316 | The Truist Building |

---

[1] The Parties additionally note that the related case, No. 3:22-cv-995, which is currently stayed due to a pending bankruptcy, will also be resolved through this settlement.

| | |
|---|---|
| Telephone: (954) 871-0050<br>Email: jordan@jordanrichardspllc.com<br>*Attorneys for Plaintiffs* | 200 W. Forsyth Street, Suite 600<br>Jacksonville, Florida 32202<br>Telephone: (904) 328-6456<br>Facsimile: (904) 328-6473<br>Email: asausaman@carrallison.com<br>Email: chhouston@carrallison.com<br>Secondary Email: nwelsh@carrallison.com<br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice of electronic filing and a copy of the foregoing to the following:

Jordan Richards
USA EMPLOYMENT LAWYERS
JORDAN RICHARDS, PLLC
1800 SE 10th Ave, Suite 205
Fort Lauderdale, FL 33316
Primary Emails: Jordan@jordanrichardspllc.com
*Attorneys for Plaintiffs*

                                                                   */s/ C. H. Houston, III*
                                                                   C. H. Houston, III
                                                                   *Attorneys for Defendant*