# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JASON HEALEY, and all others similarly situated under 29 U.S.C.:216(b), AMANDA HEALEY, MANEEKA KING, HAKEEM JACKSON, JOCELYN SERON, YESENIA ESCOBAR, OKEIF MORRISON, LESLIE AMOROS, and RUDI RANDOLPH,

    Plaintiffs,

v.                                        Case No. 3:22-cv-1035-BJD-LLL

MARK ALLEN,

    Defendant.
_____/

## ORDER[1]

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 45). All parties except Plaintiff Jocelyn Seron agreed to the settlement and dismissal of this case brought pursuant to the Fair Labor Standards Act, 29 U.S.C.§ 201 et seq. ("FLSA"). The parties must take one of two routes in settling this case: (1) subject their settlement for judicial review and approval or; (2) certify that this matter

---

[1] This Order vacates and supersedes Docket Entry 46.

was settled without compromise. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352-53 (11th Cir. 1982). To settle a FLSA case without compromise means that a plaintiff receives her full claim of unpaid wages and liquidated damages. See Silva v. Miller, 307 F. App'x 349, 351 (11th Cir. 2009). Further, a plaintiff's recovery cannot be reduced by legal fees or cost. Here, the parties certify that Plaintiffs will receive their full claim to actual and liquidated damages while not having their legal fees and costs diminish their recovery. As to Plaintiff Jocelyn Seron, the Court ordered Ms. Seron to notify the Court if she wished to proceed in this case. (Doc. 47). When Ms. Seron failed to respond to the Order, the Court required Ms. Seron to show cause why her claims should not be dismissed. (Doc. 49). Her response was due no later than August 24, 2023. Id. To date, Ms. Seron has not responded, and her claims are due to be dismissed for failure to prosecute.

Accordingly, after due consideration, it is

**ORDERED:**

1. All the claims by all Plaintiffs except those asserted by Jocelyn Seron are **DISMISSED with prejudice**. Jocelyn Seron's claims are **DISMISSED without prejudice** for failure to prosecute.

- 3 -

2. The Clerk of the Court shall terminate any pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 12th day of September, 2023.

BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties